**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04-cr-090 |
| | ) | |
| Jamey Douglas Reiswig, | ) | **ORDER MODIFYING TERMS AND** |
| | ) | **CONDITIONS OF SUPERVISED RELEASE** |
| Defendant. | ) | |

Before the Court is a petition for revocation of the defendant's supervised release. The petition alleges the defendant violated the terms and conditions of his supervised release by consuming alcoholic beverages and by his arrest for driving under the influence and driving under suspension. A hearing was held on April 30, 2008, at which the defendant admitted these violations. Rather than revoke the defendant's supervised release it was agreed that the defendant would be placed at a halfway house for up to six months with work release. This arrangement provides an opportunity for alcohol dependency treatment while allowing to defendant to maintain his employment and provide support for his family.

Accordingly, the defendant's supervised release is modified as follows:

1. The defendant shall reside at Centre Inc. for a period of up to six months. The defendant shall be afforded work release while residing at the halfway house.

All previously imposed terms and conditions remain in place.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2008.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court